GERTRUDE A. CALDWELL, Individually and as Receiver, Appellant, *v.* RICHARD T. CALDWELL et al., Respondents.

Argued February 28, 1941; decided April 17, 1941.

*Edward J. Pigott* and *Albert L. Krull* for appellant.

*Joseph A. Nickerson, J. Edgar Swanin* and *S. Stewart Graff* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.